IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOATH HAMZA AHMED AL-ALWI (ISN 28),<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 15-CV-681 (RJL) |

**RESPONDENTS' UNOPPOSED MOTION TO RESCHEDULE
HEARING ON RESPONDNETS' MOTION TO DISMISS**

Respondents respectfully request that Court reschedule the hearing on Respondents' motion to dismiss, currently set for December 20, 2016 at 2:30 p.m., to either January 12 or 13, 2017, if those dates are convenient for the Court. Petitioner's counsel consents to reschedule the hearing for either of these dates. In support of this motion, Respondents submit the following:

On May 4, 2015, Petitioner Al-Alwi (ISN 28) filed a second petition for writ of habeas corpus challenging his detention at the United States Naval Station, Guantanamo Bay. *See* ECF No. 1.[1] Respondents filed a motion to dismiss the petition on September 4, 2015, *see* ECF Nos. 12, 15. The motion is fully briefed and currently before the Court for a decision. *See* ECF Nos. 16, 19, 20-21, 24-26.

On December 9, 2016, the Court issued a Minute Order setting oral argument on the motion to dismiss for December 20, 2016 at 2:30 p.m. Undersigned counsel for Respondents, who authored all of Respondents' briefs in this case and has been assigned to handle the oral

---

[1] This Court denied Petitioner's first habeas petition in 2008. *See Al-Alwi v. Bush*, 593 F. Supp. 2d 24 (D.D.C. 2008), *aff'd Al-Alwi v. Obama*, 653 F.3d 11 (D.C. Cir. 2011).

argument, is also the lead attorney supervising a pre-existing December 20 court-ordered discovery deadline in another detainee case that involves completion of a large production of documents and a privilege log on behalf of the Central Intelligence Agency and Department of Justice. *See Salim et al. v. Mitchell et. al.*, No. 15-CV-286-JLQ (E.D. Wash.) (ECF No. 91, 108). The demands associated with this discovery deadline will likely require undersigned counsel to devote his full time to this matter, thereby limiting significantly the time available to appropriately prepare for, and potentially appear, at the oral argument in this case.

In light of these conflicting deadlines, Respondents respectfully request that the Court reschedule oral argument for either January 12 or 13, 2017, if those dates are convenient for the Court. Pursuant to Local Rule 7(m), Respondents' counsel conferred with counsel for Petitioner, who consents to reschedule the oral argument for either of those dates.[2]

For the foregoing reasons, Respondents request that the Court reschedule oral argument on Respondents' motion to dismiss for either January 12 or 13, 2017. A proposed order is attached.

Dated:  December 12, 2016                    Respectfully submitted,

                                             BENJAMIN C. MIZER
                                             Principal Deputy Assistant Attorney General

                                             JOSEPH H. HUNT
                                             Branch Director

                                             TERRY M. HENRY
                                             Assistant Branch Director

                                             */s/ Andrew I. Warden*
                                             ANDREW I. WARDEN (IN Bar 23840-49)
                                             United States Department of Justice

---

[2] In the event the Court cannot schedule oral argument for either January 12 or 13, 2017, Petitioner's counsel requests that oral argument remain scheduled for December 20, 2016.

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

*Counsel for Respondents*