AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Moath Hamza Ahmed al-Alwi ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15-cv-681 (RCL) |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

petitioner.

Date: 01/29/2020

*Attorney's signature*

Beth D. Jacob
*Printed name and bar number*

Bar No. AL0020

2300 18th St. NW, #21074
Washington, D.C. 20009
*Address*

bdjacobrt@gmail.com
*E-mail address*

(917) 693-1176
*Telephone number*

(646) 585-9251
*FAX number*