IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

MOATH AL ALWI (ISN 569),

    *Petitioner/Plaintiff*,

v.

JOSEPH R. BIDEN, et al.,

    *Respondents/Defendants*.

Civ. No. 15-cv-681 (RJL)

**NOTICE OF APPEARANCE AND
LCvR 83.2(g) CERTIFICATE OF INDIGENT REPRESENTATION**

Pursuant to LCvR 83.2(g), I, Mark A. Maher, hereby request entry of appearance on behalf of Petitioner in the above-captioned case. I certify that I am a member in good standing of the highest court of New York State and that I am providing representation to Petitioner in this action without compensation. I further certify that I am personally familiar with the Local Rules of this Court and the materials specified in LCvR 83.8(b)(6) and LCvR 83.9(a).

Dated: November 11, 2021

Respectfully submitted,

  /s/                             
Mark A. Maher (Pursuant to LCvR 83.2(g))
**REPRIEVE US**
1101 New York Ave.
Ste. 1000
Washington, DC 20005
(267) 679-4759
Mark.Maher@reprieve.org.uk