# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
|  | Civil Action Nos.: |
| UTHMAN ABD AL-RAHIM MUHAMMAD UTHMAN (ISN 27); | 04-cv-1254 (RCL) |
| MOATH HAMZA AHMED AL-ALWI (ISN 28); | 15-cv-0681 (RJL) |
| KHALID AHMED QASSIM (ISN 242); | 04-cv-1194 (RJL) |
| SUHAYL ABDU ANAM AL-SHARBI (ISN 569); | 04-cv-1194 (RJL) |
| HANI SALEH RASHID ABDULLAH (ISN 841); | 05-cv-0023 (EGS) |
| TAWIQ NASIR AWAD AL-BIHANI (ISN 893); | 05-cv-2386 (RBW) |
| OMAR MOHAMMED ALI AL-RAMMAH (ISN 1017); | 05-cv-2380 (CKK) |
| SANAD ALI YISLAM AL-KAZIMI (1SN 1453); | 05-cv-2386 (RBW) |
| HASSAN MUHAMMAD ALI BIN ATTASH (ISN 1456); | 05-cv-1592 (UNA) |
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457); and | 09-cv-0745 (RCL) |
| ABD AL-SALAM AL-HILAH (ISN 1463) | 05-cv-1048 (RCL) |
| Petitioners, |  |
| v. |  |
| JOSEPH R. BIDEN, Jr., in his official capacity as the President of the United States, et al., |  |
| Respondents. |  |

**ERRATA**

On September 19, 2023, Respondents in the above cases filed a classified document in each case with the Court, and served that document on counsel for each Petitioner at the Secure Facility. Both the filing and the service of the classified document were handled via the Court Information Security Officers. Respondents also filed a Notice of Filing the Classified Document on the docket in each case. In the caption for both the classified document and the notice on the docket, two case numbers were listed by mistake: 05-cv-2233 and 22-cv-2285. Respondents did not file or serve the classified document or the notice in either of those cases.

20 September 2023                                  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 /s/ Ronald J. Wiltsie
RONALD J. WILTSIE (D.C. Bar No. 431562)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 7510
Washington, D.C. 20530
Tel: 202/307-1401
Email: ronald.wiltsie@usdoj.gov
Counsel for Respondents

2